IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:15-CR-00016-FL

UNITED STATES OF AMERICA,
Plaintiff,

v.

KHALIQUAH ORE-BROWN,
Defendant.

FILED IN OPEN COURT
ON 9-16-15 KM
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

## ORDER

This matter is before the Court on Defendant's Motion to Seal Defendant's Sentencing Memorandum and Character Letters.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Memorandum at D.E. 113.

SO ORDERED.

This the 16 day of September, 2015.