IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-16-FL-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| KHALIQUAH ORE-BROWN, | ) | |

This matter comes before the court on defendant's *pro se* motion for early termination of probation (DE 182). Defendant filed his motion on September 18, 2017. The government has not responded, and the deadline for doing so has passed. However, the court would benefit from the government's response, including the supervising probation officer's position. Accordingly, the government is directed to respond to defendant's motion within **fourteen (14) days** of entry of this order.

SO ORDERED, this 6th day of October, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge