> **Motion DENIED.**
>
> This the 17th day of October, 2017.
>
> /s/ Louise W. Flanagan, U.S. District Judge

FILED
SEP 18 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

8-17-17

Dear Judge Britt,

    I hope this letter is finding you all well. I'm writing you this letter in reference of a early termination of probation. I've been home since September 17, 2015. I've been doing all that was asked of me since my release, I work and also attend AIU online pursuing a degree in Business management with a graduation date of October 23, 2018. Well, I guess this is how my letter was suppose to be written to request the early release, for further info you can reach my Probation Officer Leslie Baynes in the Atlanta, GA District.

                  Sincerely

                  Khaligah Ce-Brown