RECEIVED
JUL 02 2018
PETER A. MOORE, JR. CLERK
US DISTRICT COURT EDNC

> **Motion DENIED.**  6-26-18
>
> This the 18th day of July, 2018.
>
> /s/Louise W. Flanagan, U.S. District Judge

Dear Honorable Judge Flanagan,

Hello, My name is Khaliqah Ore I was sentenced to 5 years Probation on September 17, 2015. I live in the state of Georgia now, I was advised that I was able to write a letter to request early release. I got a felony drug charge charge back in 2015 never was my life style that was my first charge ever. Since being home I've complied with all requirements, I'm a low level, see my officer only once a year, and have never violated. I'm just asking that I'm able to continue a normal life as the responsible productive citizen that I've been since being released to society. I've been committed since day one by doing all that I needed to do are far as this Probation and Family by giving my all.

Thank You,
Khaliqah Ore-Brown

Officer
Antwan Walker
United States Probation
900 U.S Courthouse
75 Ted Turner Dr SW
Atlanta GA 30303

Main Ph: 404-215-1950
Office Ph: 404-215-1921
Fax Ph: 404-331-0160