> **Motion DENIED.**
>
> This the 20th day of February, 2019.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED

FEB 11 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

To whom it may Concern:

I'm writing this letter in reference to early release of probation. I was released on September 17, 2015 was sentenced to 5 year probation. Since being home i've complied with all the requirements that was asked of me. I've attended mental health and have a steady job. I've been home with no violations and feel as though i've learned a true lesson from this and i'm ready to live a normal life with no restrictions my first charge and last charge has made me a better woman and mother. My dream career as a correctional officer is over but, I know there are more oppurtunities in life that can get me far to provide for me and my child. Thank you for the life lesson.

Sincerely yours,

*[signature]*
Brown

4:15-CR-16-FL-5    *Khaliqah Ope-Brown