IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-16-FL-5

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KHALIQUAH ORE-BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion (DE 227) to set aside judgment, and the government's motion (DE 229) to dismiss. The court provided notice to defendant on November 8, 2019, of its intention to recharacterize defendant's motion as one brought under 28 U.S.C. § 2255. Defendant, however, responded that she does not wish to have the motion recharacterized as such, and the she wants to have the court treat the motion as one for early termination of probation. Accordingly, the court addresses the motion as presented.

Upon consideration of the motion, the government's response, and the record in this matter, the court finds that the interests of justice do not support early termination of probation. Defendant has not demonstrated new or unforeseen circumstances or exceptionally good behavior warranting early termination under the circumstances. Therefore, the defendant's motion is DENIED and the government's motion is GRANTED.

SO ORDERED, this the 31st day of December, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge